UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

Dr. Keith E. Pyne and Enrico Desiata

                                    Plaintiffs,

                         -against-

Case No. 1:24-cv-02912-JPC

Jeffrey Rinde and CKR Law LLP,

                                  Defendants.

---------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of May 2024, I served a true and correct copy of the Summons, Complaint, and Exhibits thereto in this matter, via hand delivery upon Defendant Jeffrey Rinde at an in-person court appearance in a separate matter in Courtroom 228 at the United States Courthouse, 40 Foley Square, New York, New York 10007:

_____
Denis L. McGrath