UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
KEITH E. PYNE and ENRICO DESIATA,                                       :
:
Plaintiffs,                                :
:                    24 Civ. 2912 (JPC)
-v-                                                       :
:                    ORDER
CKR LAW LLP and JEFFREY RINDE,                                          :
:
Defendants.                                :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On May 17, 2024, Plaintiffs served Defendant Jeffrey Rinde with copies of the Summons and Complaint. Dkt. 10. Rinde's deadline to respond to the Complaint was therefore June 7, 2024. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Rinde. Accordingly, the Court extends *sua sponte* Rinde's deadline to respond to the Complaint until June 20, 2024. If Rinde once again fails to respond to the Complaint by his deadline to do so, Plaintiffs should seek a Certificate of Default by June 27, 2024.

SO ORDERED.

Dated: June 12, 2024
       New York, New York                                   _____
                                                            JOHN P. CRONAN
                                                            United States District Judge