```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
KEITH E. PYNE and ENRICO DESIATA,                                      :
                                                                       :
                        Plaintiffs,                                    :
                                                                       :                24 Civ. 2912 (JPC)
        -v-                                                            :
                                                                       :                     ORDER
CKR LAW LLP and JEFFREY RINDE,                                         :
                                                                       :
                        Defendants.                                    :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      On May 29, 2024, Plaintiffs served Defendant CKR Law LLP with copies of the Summons and Amended Complaint.  Dkt. 9.  CKR Law's deadline to respond to the Amended Complaint was therefore June 20, 2024.  *See* Fed. R. Civ. P. 12(a)(1)(A)(i).  That deadline has passed, and the docket does not reflect a response to the Amended Complaint from CKR Law.  Accordingly, the Court extends *sua sponte* CKR Law's deadline to respond to the Amended Complaint until June 27, 2024.  If CKR Law once again fails to respond to the Amended Complaint by its deadline to do so, Plaintiffs should seek a Certificate of Default by July 5, 2024.

      In light of this extension, Plaintiffs shall re-file their proposed certificate of default to being only against Defendant Jeffrey Rinde for the time being.

      SO ORDERED.

Dated: June 24, 2024
      New York, New York
                                                JOHN P. CRONAN
                                                United States District Judge