July 11, 2024

**<u>VIA ELECTRONIC MAIL</u>**

Judge John P. Cronan
Southern District of New York
500 Pearl Street
New York, New York 10007

  *Re:*  *Pyne et al. v. CKR Law LLP, et al.,* Case No. 1:24-cv-02912-JPC

Dear Judge Cronan:

  I was notified today that Defendants' proposed new counsel, Friedman Kaplan Seiler Adelman & Robbins LLP, will not agree to be engaged on this matter. Therefore, I am submitting, pro se, an Answer to Plaintiff's Amended Complaint. I will engage new counsel as soon as possible. Thank you.

  Respectfully,

Jeffrey A. Rinde

Cc: kpc@conway-conway.com