UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  11/19/2024
```

DR. KEITH E. PYNE, et al.,

               Plaintiffs,

     -against-

CKR LAW LLP, et al.,

               Defendants.

24-CV-2912 (JPC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during today's telephonic status conference:

1.    <u>Amendment</u>. No later than **November 26, 2024**, defendants must refile their amended answer and third-party complaint (in compliance with this Court's ECF Rules & Instructions, *see* https://nysd.uscourts.gov/rules/ecf-related-instructions) and request the issuance of summonses as to the third-party defendants. Defendants are reminded that the time limit for service of the summons and third-party complaint is 90 days after the pleading is filed. *See* Fed. R. Civ. P. 4(m).

2.    <u>Written Discovery</u>. Defendants' deadline to serve their initial requests for production of documents and any initial interrogatories (in compliance with Local Rule 33.3(a)) is EXTENDED to **November 26, 2024**. No further extensions will be granted.

3.    <u>Depositions and Additional Fact Discovery</u>. The deadline to complete all remaining fact discovery, including depositions, is EXTENDED to **February 3, 2025**.

4.    <u>Status Conference</u>. Judge Moses will conduct a status conference on **January 21, 2025, at 11:00 a.m.** in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. No later than **January 14, 2025**, the parties shall submit a joint status letter outlining (1) the progress of discovery to date, including expert discovery, if any; (2) the progress of service with respect to the third-party complaint; and (3) any settlement efforts. If no discovery controversies exist at that time, the parties may request that the conference be held telephonically.

Except as modified above, all provisions of the Court's Initial Case Management Order (Dkt. 41) remain in effect. Defendants are reminded that it is their obligation, whether represented by counsel or not, to review the docket of this action on a frequent basis and to comply with the Federal Rules of Civil Procedure, the Local Rules of this Court, the Individual Practices of the assigned judge, and all scheduling and other orders issued by the Court. Among other things, they

must apply for any necessary extension or adjournment, by letter-motion, "as soon as the need for the extension or adjournment is reasonably apparent to [them]. **Applications made after the expiration of the deadline in question may be summarily denied**." Initial Case Mgmt. Order ¶ 16.

Dated: New York, New York
      November 19, 2024

                       **SO ORDERED**.

                       _____

                       **BARBARA MOSES**
                       **United States Magistrate Judge**