USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/23/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. KEITH E. PYNE, et al.,

         Plaintiffs,

-against-

CKR LAW LLP, et al.,

         Defendants.

24-CV-2912 (JPC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

       The Court has received and reviewed plaintiffs' letter-motion (Dkt. 55) seeking to compel defendants to produce documents responsive to plaintiffs' Initial Request for Documents, as well as defendants' responding letter, which contends, among other things, that responsive documents are in the possession of defendants' former counsel, Michael J. Maloney, and that defendants "may need the Court's or [plaintiffs'] assistance to compel Mr. Maloney to turn over any responsive documents[.]" (Dkt. 56 at 1.) Plaintiffs' reply letter, if any, is due no later than **December 26, 2024**.

       Judge Moses will address the parties' dispute during the status conference scheduled for January 21, 2024. The parties are reminded that this is an in-person proceeding.

       Before the conference, the parties must meet and confer in good faith with respect to *all* of the issues set forth in plaintiffs' letter-motion. After they have met and conferred, the parties must file a joint letter, no later than **January 15, 2025**, confirming that that have complied with this Order and describing, succinctly, any disputes that remain for judicial resolution.

       If the parties believe that a court order addressed to attorney Maloney is appropriate, they may submit a form of proposed order with their joint letter (which must also be served on Maloney).

       If plaintiffs continue to take the position that they are entitled not only to documents but also to sanctions, they should explain, in the joint letter, what discovery order defendants "fail[ed] to obey." Fed. R. Civ. P. 37(b)(2)(A).

Dated: New York, New York
      December 23, 2024

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**