USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. KEITH E. PYNE, et al.,

        Plaintiffs,

-against-

CKR LAW LLP, et al.,

        Defendants.

24-CV-2912 (JPC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court notes that the parties' fact discovery deadline closes this Friday, June 27, 2025. (Dkt. 75 at ¶ 5.) No later than **July 2, 2025**, the parties must provide a joint status update letter to the Court, advising whether any party plans to move for summary judgment. If no party moves for summary judgment, the parties' proposed joint pretrial order must be filed no later than thirty days after the close of discovery and must conform to the individual practices of the Hon. John P. Cronan, U.S. District Judge. *See* Initial Case Management Order (Dkt. 41) ¶¶ 13-14. The parties should also address any settlement efforts to date and whether they wish to request a settlement conference before Judge Moses.

    Upon receipt and review of the parties' joint letter, the Court will determine if any additional status conference is required.

Dated: New York, New York
       June 24, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**