UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
DR. KEITH E. PYNE, et al.,                                              :
:
                   Plaintiffs,              :
:     24 Civ. 2912 (JPC) (BCM)
    -v-                                                            :
:     <u>ORDER</u>
CKR LAW LLP, et al.,                                                    :
:
                   Defendants.              :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        The Court has reviewed the parties' pre-motion letters requesting leave to file motions for summary judgment and for the Court to set a briefing schedule. *See* Dkts. 88, 89, 90. The parties are ordered to appear for a conference on October 9, 2025, at 3:30 p.m. on Webex. At the scheduled time, counsel for all parties should call (855) 244-8681, access code 2302 755 2307.

        SO ORDERED.

Dated: September 25, 2025
       New York, New York
                                                  JOHN P. CRONAN
                                                  United States District Judge