UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
 :
DR. KEITH E. PYNE, et al., :
 :
                          Plaintiffs, :
 : 24 Civ. 2912 (JPC) (BCM)
       -v- :
 : ORDER
CKR LAW LLP, et al., :
 :
                          Defendants. :
 :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court is in receipt of Defendants' motion for summary judgment, supporting papers, and exhibits. Dkts. 98-101. Those filings appear to be scans of documents, some of which are not searchable. *See, e.g.*, Dkt. 101.

       Under Rule 2.A of the Court's Individual Rules and Practices in Civil Cases, "[a]ll electronic submissions should be in the form of text-searchable .pdf documents, where practicable." Accordingly, Defendants are ordered to refile their motion for summary judgment, supporting papers, and exhibits, where practicable, as searchable .pdf documents by November 5, 2025. Upon the documents' refiling, the Court will strike Docket Numbers 98-101 from the docket to avoid redundancy, pursuant to Federal Rule of Civil Procedure 12(f).

       SO ORDERED.

Dated: November 4, 2025　　　　　　　　　　_____
       New York, New York　　　　　　　　　　　　　JOHN P. CRONAN
                                                United States District Judge