UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEITH E. PYNE, *et al.*,

Plaintiffs,

-v-

CKR LAW LLP, *et al.*,

Defendants.

24 Civ. 2912 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

On October 17, 2025, Plaintiffs filed their motion for summary judgment, Dkts. 92-93, and a statement of undisputed material facts under Local Civil Rule 56.1(a), Dkt. 94. Plaintiffs attached to their statement of undisputed material facts a series of exhibits without a sworn declaration or affirmation under penalty of perjury that the documents shown in the exhibits are authentic. *See id.*, Exhs. 1-38. Those exhibits are thus not admissible evidence. *Cf. Santos v. Feldman*, No. 19 Civ. 5398 (VB), 2022 WL 671938, at *4 n.5 (S.D.N.Y. Mar. 7, 2022) ("As a general matter, a Court may not consider unsworn statements, that is, those made without a 'declaration, certificate, verification, or statement' that what the declarant states is true 'under penalty of perjury.'" (quoting *In re World Trade Ctr. Disaster Site Litig.*, 722 F.3d 483, 488 (2d Cir. 2013)); *see* 28 U.S.C. § 1746.

By July 13, 2026, Plaintiffs shall submit a sworn declaration or affirmation under penalty of perjury attesting to the authenticity of any exhibits they seek to have the Court consider in evaluating their motion for summary judgment.

SO ORDERED.

Dated: July 6, 2026
New York, New York

JOHN P. CRONAN
United States District Judge