**Jeffrey A. Rinde, Esq.**
**1230 Avenue of the Americas, Fl 16**
**New York, New York 10020**

September 3, 2026

**VIA ECF AND ELECTRONIC MAIL**

Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

The parties' deadline to file supplemental briefing is extended until September 16, 2026, but any further extension requests are unlikely to be granted. The Clerk of Court is respectfully directed to close Dkt. 137.

SO ORDERED
September 4, 2026

JOHN P. CRONAN
United States District Judge

*Re:* *Pyne et al. v. CKR Law LLP, et al.,* Case No. 1:24-cv-02912-JPC;
Letter Motion and Request for Extension of Time

Dear Judge Cronan:

I am in receipt of this Court's Order dated September 1, 2026, ordering no later than September 9, 2026, both parties may file supplemental briefing addressing these issues.

I write pursuant to Section 3(B.) of your Individual Rules and Practices in Civil Cases to respectfully move and request that this Court enter an Order extending both parties time to file supplemental briefing addressing these issues to no later than September 16, 2026.

There were no previous requests for extension of time. The reason for the extension is I am currently traveling without access to my personal files on this proceeding. I will be returning on September 8, 2026.

Before filing this letter motion, I emailed Plaintiffs' counsel to inquire if they would consent to or oppose Defendants' request. By reply email, Plaintiffs' counsel agreed to join in my request for an extension of time to September 16, 2026, for the supplemental briefing, as they are scheduled for arbitration hearings in two matters on September 8-9 and September 10-11, and will have limited time to prepare their brief until the conclusion of those hearings.

Respectfully,

Jeffrey A. Rinde

cc: CronanNYSDChambers@nysd.uscourts.gov.
All counsel of record