**Jeffrey A. Rinde, Esq.**
**1230 Avenue of the Americas, Fl 16**
**New York, New York 10020**

October 7, 2026

**VIA ECF AND ELECTRONIC MAIL**

Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Re:* *Pyne et al. v. CKR Law LLP, et al.,* Case No. 1:24-cv-02912-JPC; Letter Motion Request for Adjournment or, in the Alternative, To Appear Remotely; Motion to Withdraw

Dear Judge Cronan:

I am in receipt of this Court's Opinion and Order dated September 29, 2026 (Dkt 92) (the "Opinion and Order"), granting Defendants' motion for summary judgment and denying Plaintiffs' motion for summary judgment as to the First, Fourth, Fifth, Sixth, Seventh, and Eighth Causes of Action; and denying Defendants' and Plaintiffs' motion as to the Second and Third Causes of Action, while limiting the theories underlying these causes of actions for which material disputes of facts remain. This Court further directed the parties to appear for a status conference on October 13, 2026, with counsel prepared to discuss their availability for trial in this matter.

I write pursuant to Section 3(B.) of your Individual Rules and Practices in Civil Cases to respectfully move and request that this Court enter an Order adjourning the scheduled status conference or, in the alternative allowing Defendants' counsel to appear remotely.

The basis for this letter motion is that all attorneys practicing in the Southern District of New York are bound by the New York Rules of Professional Conduct. Pursuant to New York Rules of Professional Conduct Rule 3.7(a), "a lawyer shall not act as advocate before a tribunal in a matter in which the lawyer is likely to be a witness on a significant issue of fact." It is clear from this Court's Opinion and Order that the remaining causes of action will require my testimony and the exceptions to this Rule are not applicable. Consequently, as required by Local Civil Rule 1.4, I will be shortly filing a Motion to Withdraw as counsel of record for the Defendants. I intend to engage new counsel as soon as reasonably practicable and, given the current pre-trial status of this proceeding, request a period of up to thirty (30) days for this purpose. I note for this Court that this possibility and outcome was discussed and considered previously by Magistrate Judge Barbara C. Moses at or about the time I entered my appearance on behalf of the Defendants.

There were no previous requests for an adjournment. In the event, this Court denies my request for an adjournment, I respectfully request I be allowed to appear remotely as I will not be in New York City on that date and cannot attend without significant hardship and expense.

Before filing this letter motion, I telephoned Plaintiffs' counsel to inquire if they would consent to or oppose Defendants' request. They did not take a position on my request for adjournment but indicated unless otherwise directed they intended to attend the status conference but would not object to me appearing remotely.

Respectfully,

Jeffrey A. Rinde

cc: CronanNYSDChambers@nysd.uscourts.gov
All counsel of record

The Court has reviewed this letter, Plaintiffs' response, Dkt. 145, and Defendants' reply, Dkt. 146. The request to adjourn the status conference is granted to allow Defendants time to find new counsel. The next status conference shall take place on November 17, 2026 at 11:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

The Clerk of Court is respectfully directed to close Docket Number 144.

SO ORDERED.
October 8, 2026
New York, New York

JOHN P. CRONAN
United States District Judge