**Jeffrey A. Rinde, Esq.**
**1230 Avenue of the Americas, Fl 16**
**New York, New York 10020**

November 13, 2026

**VIA ECF AND ELECTRONIC MAIL**

Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

The Court has reviewed this letter and Plaintiffs' response, Dkt. 149. The Court grants Defendants' request to adjourn the status conference. The next status conference shall take place on December 4, 2026 at 10:00 a.m. in Courtroom 12D of 500 Pearl Street, New York, NY 10007. The Clerk of Court is respectfully directed to close Docket Number 148.
SO ORDERED.
November 16, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

*Re:* *Pyne et al. v. CKR Law LLP, et al.,* Case No. 1:24-cv-02912-JPC; Letter Motion Request for Adjournment

Dear Judge Cronan:

I am in receipt of this Court's Order dated October 8, 2026 (Dkt 147) (the "Order"), granting Defendants' request to adjourn the status conference previously scheduled for October 13, 2026 (the "October Status Conference"), to allow Defendants time to find new counsel, and rescheduling the status conference to November 17, 2026 (the "November Status Conference").

I write pursuant to Section 3(B.) of your Individual Rules and Practices in Civil Cases to respectfully move and request that this Court enter an Order adjourning the November Status Conference for a brief period of time.

The basis for this letter motion is that Defendants have found, and entered an engagement agreement with, new counsel. However, Defendants have not had sufficient time to fully and substantively discuss and review with new counsel the underlying transactional and procedural history of this action, including but not limited to, all of the discovery produced by the parties in this proceeding. Defendants intend to meet with new counsel multiple times in person or through other means of communications between now and November 25th. These meetings are necessary to ensure new counsel is in position to take the necessary actions and properly represent Defendants' interests at the November Status Conference and in advance of and at trial. Therefore, Defendants respectfully request the November Status Conference be adjourned for approximately 2 weeks to a date on or after November 30, 2026, taking into consideration the Thanksgiving holiday.

As noted, there was one previous request for an adjournment of the October Status Conference. Before filing this letter motion today, I telephoned Plaintiffs' counsel this morning to inquire if they would consent to or oppose Defendants' request. Plaintiffs' counsel indicated they would need to discuss the request with their client. As of this time, I have not heard back from Plaintiffs' counsel.

For the above reasons, Defendants respectfully request this Court grant Defendants' Letter Motion for an Adjournment or, in the alternative, for such other relief as this Court deems just and proper.

Respectfully,

Jeffrey A. Rinde

cc: CronanNYSDChambers@nysd.uscourts.gov
All counsel of record